UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 20-CV-1213 (DSD/TNL)

---

Wanda Herrala,

    Plaintiff,

v.

Comenity Bank, N.A.,

    Defendant.

| STIPULATION FOR DISMISSAL |

---

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.


Date: August 28, 2020

/s/ Bennett Hartz
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
*Attorneys for Plaintiff*


Date: August 28, 2020

/s/ James J. Morrissey
James J. Morrissey (*pro hac vice*)
Pilgrim Christakis LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
(312) 280-0441
*Attorneys for Defendant*